SAMUEL C. GREENFIELD, Respondent, v. NEW YORK CITY TEACHERS' RETIREMENT BOARD et al., Appellants.— Order affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Breitel, JJ.; Breitel, J., dissents and votes to reverse and grant summary judgment. [See 282 App. Div. 759.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. VITO SACCO, Appellant.— Judgment unanimously affirmed. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Breitel, JJ.

A. B. C. STEEL EQUIPMENT Co., INC., Appellant, v. REYNOLDS METALS COMPANY, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Breitel, JJ.

CHAIM EMETH, INC., Appellant, v. CEMETERY GARDENS, INC., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Breitel, JJ. [See 282 App. Div. 832.]

In the Matter of COURTIER CORPORATION, Respondent, against WILLIAM E. BOYLAND et al., Constituting the Tax Commission of the City of New York, Appellants. [206 W. 42nd St., Borough of Manhattan.] — Order unanimously affirmed, with $20 costs and disbursements to the petitioner-respondent. No opinion. Present — Peck, P. J., Dore, Callahan, Breitel and Bergan, JJ.

In the Matter of MIRMEY CORP., Respondent, against WILLIAM E. BOYLAND et al., Constituting the Tax Commission of the City of New York, Appellants. [202 W. 42nd St., Borough of Manhattan.] — Order unanimously affirmed, with $20 costs and disbursements to the petitioner-respondent. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Breitel, JJ.

MAX WERNER, Appellant, et al., Plaintiffs, v. ISIDORE WERNER et al., Respondents, et al., Defendants. MAX WERNER, Appellant, et al., Plaintiffs, v. ISIDORE WERNER et al., Respondents.— Judgments unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Breitel, JJ.

NORMAN ROGOFF, Respondent, v. SHERIDAN ASSOCIATES, INC., et al., Appellants, et al., Defendants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Breitel, JJ.